No. 39973.—Petition 5692–R of Scharf Bros. Co., Inc. (New York).

Opinion by TILSON, J.   On the record presented it was found that the entry was made without any intention to defraud the revenue, to conceal or misrepresent the facts, or to deceive the appraiser.   The petition was therefore granted.

No. 39974.—Protest 932857–G of Goldenheim Corp. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of cotton cloth woven with less than eight harnesses but with two or more colors or kinds of filling.   It was held dutiable at only 5 percent under paragraph 904 (d) as claimed.   Abstract 36155 cited.

No. 39975.—Protests 952093–G, etc., of Allied Knitting Mills et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 39976.—Protests 955560–G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 38680 the needle threaders in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 39977.—Protests 958875–G, etc., of N. Y. Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of marcel irons similar to those the subject of Abstract 38680.   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 39978.—Protest 964543–G of Katz & Ogush, Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of various parts of watch movements similar to those the subject of Benrus v. United States (T. D. 49289).   The claim at 45 percent under paragraph 367 (c) (1) was therefore sustained.

No. 39979.—Protest 956567–G of R. W. Cramer & Co., Inc. (New York).

Opinion by DALLINGER, J.   The protest was dismissed.

No. 39980.—Protests 956692–G, etc., of International Fork & Hoe Co. et al. (New York).

Opinion by DALLINGER, J.   On the records presented the protests were overruled.